[No. 14593. Department Two. July 8, 1918.]

THE CITY OF SEATTLE, *Appellant,* v. JOHN E. SAVAGE *et al., Respondents.*[1]

CRIMINAL LAW—COMPLAINT—AMENDMENT ON APPEAL FROM JUSTICE OF PEACE. Upon appeal from a conviction in justice court, if the complaint did not charge a crime, the prosecution may file a new complaint in the superior court upon which trial proceeds after arraignment and plea.

Appeal from a judgment of the superior court for King county, Dykeman, J., entered June 23, 1917, dismissing a prosecution for the violation of an ordinance, upon sustaining a demurrer to the complaint. Reversed.

*Hugh M. Caldwell* and *Thomas J. L. Kennedy,* for appellant.

MACKINTOSH, J.—The refusal of the trial court to allow the filing of an amended complaint, upon an ap-

[1]Reported in 174 Pac. 1183.

peal. from a conviction of the violation of a city ordinance in the police court of the city of Seattle, was directly contrary to our holding in the case of *Everett v. Cowles,* 97 Wash. 396, 166 Pac. 786, and for that reason, the judgment of the lower court is reversed.

MAIN, C. J., MOUNT, HOLCOMB, and CHADWICK, JJ., concur.